UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STEPHEN R. JACKSON,

     Plaintiff,

v.

DEPT. OF VETERAN'S AFFAIRS,

     Defendant.

No. 5:22-CV-016-H-BQ

## ORDER

United States Magistrate Judge D. Gordon Bryant made Findings, Conclusions, and a Recommendation (FCR) (Dkt. No. 18) regarding the defendant's motion to dismiss for lack of jurisdiction (Dkt. No. 17). Jackson, proceeding pro se, filed an FTCA claim against the Department of Veterans Affairs. Dkt. No. 1. Because the United States is the only proper defendant in an FTCA claim, Magistrate Judge Bryant recommends the Court grant the motion to dismiss and allow Jackson the opportunity to file an amended complaint naming the proper defendant. Dkt. No. 18 at 1. Jackson did not object to the FCR. Therefore, the Court accepts and adopts the FCR. The motion to dismiss (Dkt. No. 17) is granted, and Jackson is granted leave to file an amended complaint naming the proper defendant by no later than March 14, 2023. Jackson filed various motions for leave to amend or to extend the time to amend his complaint (Dkt. Nos. 19–23). These motions are denied as moot.

So ordered on February 21, 2023.

_James W. Hendrix_
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE